UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

    Plaintiff,

v.                                                                                                        No. 2:25-cv-2159

DONG LLC,

    Defendant.

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, JEREMY GREY, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 1ST day of APRIL, 2025.

        By: *s/ Rebecca Hutto*
        Rebecca Hutto
        Tennessee State Bar No.: 039252
        Wampler, Carroll, Wilson, and Sanderson, PLLC
        208 Adams Avenue
        Memphis, TN 38103
        Telephone: (901)-523-1844
        Email: rebecca@wcwslaw.com
        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of April, 2025, a true and exact copy of the foregoing has been served on the Defendant via the Court's CM/ECF System.

*s/ Rebecca Hutto*